IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RONALD CLARK,                              :
                                          :
        Plaintiff(s),                     :
                                          :    Case Number: 1:05cv258
    vs.                                   :
                                          :    Chief Judge Susan J. Dlott
COMMISSIONER OF SOCIAL SECURITY,   :
                                          :
        Defendant(s).                     :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Timothy S. Hogan filed on October 7, 2008(Doc. 15), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired October 28, 2008, hereby

ADOPTS said Report and Recommendation.

Accordingly, the Court **GRANTS** the §406(b)(1)(A) motion for attorney fees by

plaintiff's counsel, and that counsel is **AWARDED** $7,500.00 in fees.

IT IS SO ORDERED.

_

                                    ___s/Susan J. Dlott_____
                                    Chief Judge Susan J. Dlott
                                    United States District Court